Jeffrey S. Allison (NV Bar # 8949)
**HOUSER LLP**
9970 Research Drive
Irvine, California 92618
6671 S. Las Vegas Blvd.
Building D, Suite 210
Las Vegas, Nevada 89119
Phone: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Attorneys for Defendant ROCKET MORTGAGE, LLC

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Davenport, | Case No.: 2:22-cv-01785-JCM-NJK |
| Plaintiff, | HON. JAMES C. MAHAN |
| v. | |
| Rocket Mortgage, LLC | **JOINT MOTION FOR EXTENSION OF TIME TO FOR DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT** |
| Defendant. | |
| | **FIRST REQUEST** |

Defendant ROCKET MORTGAGE, LLC ("Rocket Mortgage") has retained counsel and requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Rocket Mortgage's time to answer, move or otherwise respond to the voluminous Complaint in this action is extended from November 21, 2022 through and including **December 21, 2022**. This unopposed request is made by Rocket Mortgage in light so it can have additional time for investigation,

---

1

1  preparation of a response, and in light of the holiday season.  This stipulated request is filed in

2  good faith and not intended to cause delay.

3        Respectfully submitted this 21st day of November, 2022.

4

**HOUSER LLP**

5

/s/ Jeffrey S. Allison
6  Jeffrey S. Allison, Esq.
Attorneys for Defendant
7  ROCKET MORTGAGE, LLC

8
**No opposition**

9  **FREEDOM LAW FIRM**

10  /s/ George Haines
George Haines, Esq.
11  Gerardo Avalos, Esq.
Attorneys for Plaintiff,
12  DANIEL DAVENPORT

13

14  IT IS SO ORDERED:

15  _____

16  United States Magistrate Judge

17  DATED: __November 22, 2022__

18

19

20

21

22

23

24