UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL DAVENPORT,<br><br>  Plaintiff,<br><br>v.<br><br>ROCKET MORTGAGE, LLC,<br><br>  Defendant. | Case No. 2:22-cv-01785-JCM-NJK<br><br>**Order**<br><br>[Docket No. 18] |

Pending before the Court is the parties' stipulation to extend deadlines. Docket No. 18. The parties seek to extend this case's discovery cutoff to avoid incurring the costs of taking depositions prior to a scheduled mediation. *Id.* at 2.

The parties, in reality, seek a stay of discovery. However, they fail to address any of the relevant standards. *See id* at 2-3. To the extent the parties seek a stay of discovery, a request must be filed identifying the governing standards and providing meaningful discussion as to how they are met. *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013); *Arik v. Meyers*, 2020 WL 515843, at *1 (D. Nev. Jan. 31, 2020). Moreover, the parties' stipulation fails to comply with this Court's Local Rules. *See* Local Rule IA 10-1.

Accordingly, the parties' stipulation to extend discovery deadlines is **DENIED** without prejudice. Docket No. 18. Any future stipulation must fully address all applicable standards and fully comply with this Court's Local Rules.

IT IS SO ORDERED.

Dated: June 15, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1